**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTICUS LIMITED LIABILITY COMPANY,

*Plaintiff*,

and

AARON SORKIN,

*Involuntary Plaintiff*,

-against-

THE DRAMATIC PUBLISHING COMPANY,

*Defendant.*

Case No.: 1:22-cv-10147-DLC

**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan Zavin, memorandum of law in support, and statement of undisputed material facts, Plaintiff Atticus Limited Liability Company ("Atticus"), by their undersigned counsel, will cross-move this Court, before the Hon. Denise L. Cote, United States District Court of the Southern District of New York, 500 Pearl St., New York, NY 1007, for an Order, pursuant to Fed. R. C. P. 56(a), granting summary judgment in favor of Atticus and declaring that (1) Atticus and Aaron Sorkin have the right, in relation to Defendant The Dramatic Publishing Company ("DPC"), to present any and all Second-Class, Stock, Amateur and Ancillary Performances of the Sorkin Play (as each of those terms are defined in the Complaint) in the United States; and (2) any such productions of the Sorkin Play have not infringed and could not infringe any purported copyright interest DPC claims to hold to the Novel. Atticus further seeks an award of its costs and reasonable attorneys' fees incurred in this matter pursuant to 17 U.S.C. § 505.

23472091

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 6.1(b), opposition papers, if any, shall be served within fourteen (14) days hereof.

Dated: February 6, 2023
New York, New York

LOEB & LOEB LLP

By: */s/ Jonathan Zavin*
Jonathan Zavin
Wook Hwang
Frank D. D'Angelo
345 Park Avenue
New York, New York 10154
Tel: (212) 407-4000
Fax: (212) 407-4990

*Attorneys for Plaintiff Atticus Limited Liability Company*