UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22cv10147(DLC)
ATTICUS LIMITED LIABILITY COMPANY,   :
                                     :         ORDER
                         Plaintiff,  :
            -v-                      :
                                     :
THE DRAMATIC PUBLISHING COMPANY, et  :
al.,                                 :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

       Having received defendant The Dramatic Publishing Company's

February 7, 2023 request, it is hereby

       ORDERED that the February 10 hearing will be held

telephonically.  The parties shall use the following dial-in

credentials for the telephone conference:

            Dial-in:      888-363-4749
            Access Code:  4324948

The parties shall use a landline if one is available.


Dated:     New York, New York
           February 8, 2023

                                   _____
                                        DENISE COTE
                                   United States District Judge