```
------------------------------------X
                                    :
ATTICUS LIMITED LIABILITY COMPANY,  :       22cv10147 (DLC)
                                    :
                      Plaintiff,    :            ORDER
      and                           :
                                    :
AARON SORKIN,                       :
                                    :
            Involuntary Plaintiff,  :
                                    :
            -v-                     :
                                    :
THE DRAMATIC PUBLISHING COMPANY,    :
                                    :
                      Defendant.    :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on February 10, 2023, it is hereby

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Aaron in order to schedule settlement discussions under his supervision to occur in February or March, 2023.

Dated:    New York, New York
          February 13, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge