```
------------------------------------X
                                    :
ATTICUS LIMITED LIABILITY COMPANY,  :    22cv10147 (DLC)
                                    :
                        Plaintiff,  :       ORDER
    and                             :
                                    :
AARON SORKIN,                       :
                                    :
             Involuntary Plaintiff, :
                                    :
          -v-                       :
                                    :
THE DRAMATIC PUBLISHING COMPANY,    :
                                    :
                        Defendant.  :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

On February 21, 2023, defendant The Dramatic Publishing Company filed a letter requesting to redact certain paragraphs of its statement of additional facts and to file under seal related exhibits in conjunction with its opposition to plaintiff's motion for summary judgment. In their request, defendants noted that the information it seeks to seal is designated "Confidential" under a non-disclosure and confidentiality agreement entered in a separate matter.

A party's description of information as confidential or highly confidential will not, by itself, be sufficient to support the redaction or sealing of the information. "[A] presumption of public interest attaches" to judicial documents. Olson v. Major League Baseball, 29 F.4th 59, 89 (2d Cir. 2022).

The First Amendment "requires a court to make specific, rigorous findings before sealing the document or otherwise denying public access." Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted). When making requests to redact or seal material, a party should include in a publicly filed letter any proposed findings that support the request. Accordingly, it is hereby

ORDERED that defendant shall re-submit its request to file certain paragraphs of its statement of additional facts and related exhibits under seal. The request shall be made in a manner that is compliant with the Southern District of New York ECF Rules and Instructions and this Court's Individual Practices. The request shall also include proposed findings that support the request.

Dated:   New York, New York
         February 22, 2023

                                       DENISE COTE
                             United States District Judge