```
-------------------------------------X
                                     :
ATTICUS LIMITED LIABILITY COMPANY,   :    22cv10147 (DLC)
                                     :
                        Plaintiff,   :    ORDER
     and                             :
                                     :
AARON SORKIN,                        :
                                     :
             Involuntary Plaintiff,  :
                                     :
             -v-                     :
                                     :
THE DRAMATIC PUBLISHING COMPANY,     :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated in the Court's Opinion and Order of April 27, 2023, it is hereby

ORDERED that a conference is scheduled for **May 25, 2023**, at **11:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          April 27, 2023

                         _____
                                  DENISE COTE
                         United States District Judge