```
---------------------------------------X
                                       :
ATTICUS LIMITED LIABILITY COMPANY,     :    22cv10147 (DLC)
                                       :
                         Plaintiff,    :       ORDER
     and                               :
                                       :
AARON SORKIN,                          :
                                       :
               Involuntary Plaintiff,  :
                                       :
                   -v-                 :
                                       :
THE DRAMATIC PUBLISHING COMPANY,       :
                                       :
                         Defendant.    :
                                       :
---------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the conference held on May 25, 2023, it is hereby

    ORDERED that any motion for summary judgment by the defendant asserting a statute of limitations defense shall be served by the dates indicated below:

- Motion served by June 2, 2023.
- Opposition served by June 9, 2023.
- Reply served by June 14, 2023.

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, by June 16, 2023, the parties shall submit a letter to the Court regarding the status of fact discovery on the issue of privity through control exercised by Atticus over the Lee Estate in connection with the Estate's arbitration with Dramatic.

Dated:   New York, New York
         May 25, 2023

                                    _____
                                          DENISE COTE
                                    United States District Judge