```
     N5P4ATTC

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
     ATTICUS LIMITED LIABILITY
 3   COMPANY,

 4              Plaintiff,                    22 Civ. 10147(DLC)
         and
 5   AARON SORKIN,                            Conference

 6              Involuntary Plaintiff,
            v.
 7
     THE DRAMATIC PUBLISHING
 8   COMPANY,

 9
                Defendant.
10   ------------------------------x
                                              New York, N.Y.
11                                            May 25, 2023
                                              11:00 a.m.
12   Before:

13                    HON. DENISE L. COTE,

14                                            District Judge

15                         APPEARANCES

16   LOEB & LOEB LLP
          Attorneys for Plaintiff
17   BY:  JONATHAN ZAVIN
          WOOK HWANG
18
     FRANKFURT KURNIT KLEIN & SELZ PC
19        Attorneys for Involuntary Plaintiff
     BY:  MAURA J. WOGAN
20        NICOLE BERGSTROM

21   TOTTISLAW
          Attorneys for Defendant
22   BY:  KEVIN TOTTIS

23   GOODWIN PROCTER LLP
          Attorneys for Defendant
24   BY: STEFAN M. MENTZER

25
```

1              (Case called)
2              MR. ZAVIN:  Jonathan Zavin, Loeb & Loeb.
3              MR. ZAVIN:  Your Honor, Wook Hwang, Loeb & Loeb for
4    Atticus.
5              THE DEPUTY CLERK:  For Involuntary Plaintiff Sorkin.
6              MS. WOGAN:  Mora Wogan from Frankfurt Kurnit.
7              MS. BERGSTROM:  Nicole Burgstrom, from Frankfurt
8    Kurnit.
9              THE DEPUTY CLERK:  For Dramatic Publishing.
10             MR. TOTTIS:  Kevin Tottis, your Honor.
11             MR. MENTZER:  Stefan Mentzer from Goodwin Procter.
12             THE COURT:  Thank you so much.
13             I issued an opinion towards the end of April and
14   roughly a month away and this is a conference to determine next
15   steps.  I believe the only issue is what discovery, if any,
16   needs to be undertaken with respect to the privity argument.
17   Counsel have submitted letters to me, the defendant of May 22,
18   and the plaintiff of May 24 in preparation for this conference.
19   There is obviously a problem for the parties given what I found
20   was the error in the arbitrator's decision in Illinois, and
21   that's working its way through the court system in Illinois,
22   the federal court system.  And I was pleased to learn that
23   there are settlement discussions ongoing in the Seventh
24   Circuit.  It didn't appear that there are three-way
25   conversations, and I don't know that that would be appropriate.

1   that we needed in response to a summary judgment motion before
2   an answer or affirmative defenses had been filed that we needed
3   to list every single affirmative defense we might ultimately
4   raise.  And affirmative defense has been characterized as a
5   failure to state a claim.  And we are entitled to make those
6   arguments at any point during the litigation.
7            THE COURT:  So I'm not sure that given the procedural
8   posture here that your defenses haven't been waived.  But for
9   purposes of our discussion, the one defense you want to pursue
10  is statute of limitations.  Am I right?
11           MR. TOTTIS:  That's correct.
12           THE COURT:  So let's set a schedule for that right
13  now.  So can you file that next Friday?
14           MR. TOTTIS:  Yes, your Honor.
15           There was just one point that we would need, and I
16  don't think it's going to be a problem.  There's a transmittal
17  letter from Mr. Lembke to Mr. Zavin saying attached is the
18  demand.  Obviously, we don't have -- if Mr. Zavin will
19  stipulate that he received a copy of the arbitration demand on
20  March 7, 2019, there is no need to get that from discovery for
21  something.  I don't think it's going to be disputed.
22           MR. ZAVIN:  Your Honor, it is not disputed.  I will
23  stipulate that I received a copy of the arbitration demand at
24  or about the time that it was filed.  I don't know of the exact
25  date.

N5P4ATTC

1  THE COURT:  Thank you.
2  And so June 9 for opposition.  And June 14 for reply.
3  And I'm not ruling in setting this motion schedule on
4  the waiver theory.  If the plaintiff wants to argue waiver,
5  that's just fine with me.  I'm just trying to give the parties
6  the litigation piece here and put you in a position to settle
7  things universally hopefully or take it up to the next level to
8  give you some finality.
9  MR. ZAVIN:  I appreciate that, your Honor.
10  THE COURT:  Yes.
11  So, Mr. Tottis, is there anything else?  Anything
12  other open issue before I talk about process for settlement?
13  MR. TOTTIS:  No, your Honor.  I would just add to
14  maybe move the settlement discussion forward.  I confirmed
15  jointly with Mr. Zavin on the email, I confirmed with Judge
16  Aaron, that the referral is still open.  We did have email
17  exchanges.  So at least from his viewpoint, the referral is
18  still open and we can go to him should we have the need.
19  THE COURT:  Thank you.
20  So I take is it there is no other issue, Mr. Tottis,
21  we need to address?
22  MR. TOTTIS:  No.  Thank you, your Honor.
23  THE COURT:  Thank you.  So we are going to go off the
24  record.
25  (Adjourned)