**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff*,<br><br>and<br><br>AARON SORKIN,<br><br>*Involuntary Plaintiff*,<br><br>-against-<br><br>THE DRAMATIC PUBLISHING COMPANY,<br><br>*Defendant.* | Case No.: 1:22-cv-10147-DLC<br><br>**NOTICE OF ATTICUS'S MOTION FOR ATTORNEY'S FEES** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan Zavin and memorandum of law in support, Plaintiff Atticus Limited Liability Company ("Atticus"), by their undersigned counsel, will move this Court, before the Hon. Denise L. Cote, United States District Court of the Southern District of New York, 500 Pearl St., New York, NY 10007, for an Order, pursuant to Section 505 of the Copyright Act, 17 U.S.C. § 505, and Fed. R. C. P. 54(d), awarding Atticus its attorney's fees incurred in this suit.

24356006

PLEASE TAKE FURTHER NOTICE that, pursuant to L. Civ. R. 6.1(b), opposition papers, if any, shall be served within fourteen (14) days hereof.

Dated: August 15, 2023
New York, New York

LOEB & LOEB LLP

By: */s/ Jonathan Zavin*
Jonathan Zavin
Wook Hwang
Frank D. D'Angelo
345 Park Avenue
New York, New York 10154
Tel: (212) 407-4000
Fax: (212) 407-4990

Keane Barger
35 Music Square East, Suite 310
Nashville, Tennessee 37203
Tel: (615) 749-8300
Fax: (615) 749-8308

*Attorneys for Plaintiff Atticus Limited Liability Company*