```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ATTICUS LIMITED LIABILITY COMPANY,       :     22cv10147 (DLC)
                                         :
                         Plaintiff,      :          ORDER
     and                                 :
                                         :
AARON SORKIN,                            :
                                         :
              Involuntary Plaintiff,     :
                                         :
              -v-                        :
                                         :
THE DRAMATIC PUBLISHING COMPANY,         :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 15, 2023, the plaintiff filed a motion for attorney's fees. Accordingly, it is hereby

ORDERED that any opposition is due September 8, 2023. Any reply is due September 15. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 16, 2023

                                       _____
                                               DENISE COTE
                                        United States District Judge