UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ATTICUS LIMITED LIABILITY COMPANY,      :   22cv10147 (DLC)
                                        :
                          Plaintiff,    :   ORDER
                                        :
     and                                :
                                        :
AARON SORKIN,                           :
                                        :
                Involuntary Plaintiff,  :
                                        :
              -v-                       :
                                        :
THE DRAMATIC PUBLISHING COMPANY,        :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On October 31, 2023, this Court issued an Opinion and Order granting the plaintiff its reasonable attorney's fees incurred in this action since April 27, 2023. Accordingly, it is hereby

ORDERED that the parties shall confer regarding the amount of attorney's fees and advise the Court no later than **November 7, 2023** of any dispute. The plaintiff shall also submit a proposed Order regarding these fees by **November 7, 2023.**

Dated:    New York, New York
          October 31, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge