UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff*,<br><br>and<br><br>AARON SORKIN,<br><br>*Involuntary Plaintiff*,<br><br>-against-<br><br>THE DRAMATIC PUBLISHING COMPANY,<br><br>*Defendant*. | Case No.: 1:22-cv-10147-DLC<br><br>Hon. Denise L. Cote<br><br>[PROPOSED] **ORDER FOR AWARD OF ATTORNEY'S FEES** |

**WHEREAS**, on October 31, 2023, the Court issued an Opinion and Order (DE 109; the "Fee Decision") awarding Plaintiff Atticus Limited Liability Company ("Atticus") its reasonable attorney's fees incurred in this action since April 27, 2023;

**WHEREAS**, by separate Order issued on October 31, 2023 (DE 110), the parties were directed to confer regarding the amount of such attorney's fees and to advise the Court of any dispute regarding such amount;

**WHEREAS**, the parties have conferred and (subject to the parties' existing rights to appeal the Fee Decision, which are preserved) have no dispute that, under the Fee Decision, the amount of recoverable attorney's fees incurred by Atticus from April 27, 2023 to and through September 22, 2023 totals $201,171.25;

**NOW**, therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that Defendant The Dramatic Publishing Company shall pay to Atticus the amount of $201,171.25, for the reasons set forth in the Fee Decision.

*/s/ Denise Cote*
11/8/23

237794223