UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

### Supersedeas Bond

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,  )<br>                                                                )<br>                           Plaintiff,                       )<br>                                                                )    Case Number: **1:22-cv-10147-DLC**<br>vs.                                                         )<br>                                                                )<br>THE DRAMATIC PUBLISHING COMPANY,  )<br>                           Defendant.                  ) | |

KNOW ALL MEN BY THESE PRESENTS,
that we, **The Dramatic Publishing Company.** the above named **Defendant**, as **Principal**, and **U.S. Specialty Insurance Company**, a corporation duly organized and existing under the laws of the State of Texas and duly licensed to do business in the State of New York, as **Surety**, are hereby jointly and severally bound unto, **ATTICUS LIMITED LIABILITY COMPANY, the** above named **Plaintiff**, as **Obligee**, in the penal sum of **Two Hundred Twelve Thousand Thirty Four and 50/100 ($212,034.50) Dollars**, for the payment of which well and truly to be made we bind ourselves and our legal representatives, jointly and severally, by these presents.

WHEREAS, a judgment was entered in favor of the above named Plaintiff and the said Defendant has filed notice of appeal from said judgment to the United States Court of Appeals for the Second Circuit.

NOW, THEREFORE, the condition of this obligation is such that if the said **Defendant**, as **Appellant**, shall prosecute appeal with effect and shall satisfy the said judgment in full together with all damage and loss which the Plaintiff may sustain, then this obligation to be void; otherwise to remain in full force, power and virtue.

Signed, sealed and dated this 7th day of **December, 2023**.

THE DRAMATIC PUBLISHING COMPANY

By _____, President

Bond No. 1001208816

U.S. Specialty Insurance Company

By:_____
       Richard W. Crawford,        Attorney-in-Fact

## Notary Acknowledgment
## For Principal

State of <u>Illinois</u>
County of <u>McHenry</u>

On this <u>7th day of December, 2023</u>, before me, the undersigned notary public, personally appeared <u>Christopher Sergel III, President of The Dramatic Publishing Company</u>, proved to me through satisfactory evidence of identification, which was <u>personally known to me</u>, to be the person whose name is signed on the attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

*Brianna Young*, Notary Public

My commission expires: <u>January 24, 2027</u>

Notary Seal

OFFICIAL SEAL
BRIANNA YOUNG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 01/24/2027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>Supersedeas Bond</u>

| | |
|---|---|
| **ATTICUS LIMITED LIABILITY COMPANY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**THE DRAMATIC PUBLISHING COMPANY,** )<br>Defendant. ) | Case Number: <u>**1:22-cv-10147-DLC**</u> |

KNOW ALL MEN BY THESE PRESENTS,
that we, <u>**The Dramatic Publishing Company.**</u> the above named **Defendant**, as **Principal**, and <u>**U.S. Specialty Insurance Company**</u>, a corporation duly organized and existing under the laws of the State of Texas and duly licensed to do business in the State of New York, as **Surety**, are hereby jointly and severally bound unto, <u>**ATTICUS LIMITED LIABILITY COMPANY, the**</u> above named **Plaintiff**, as **Obligee**, in the penal sum of <u>**Two Hundred Twelve Thousand Thirty Four and 50/100 ($212,034.50) Dollars**</u>, for the payment of which well and truly to be made we bind ourselves and our legal representatives, jointly and severally, by these presents.

WHEREAS, a judgment was entered in favor of the above named Plaintiff and the said Defendant has filed notice of appeal from said judgment to the United States Court of Appeals for the Second Circuit.

NOW, THEREFORE, the condition of this obligation is such that if the said **Defendant**, as **Appellant**, shall prosecute appeal with effect and shall satisfy the said judgment in full together with all damage and loss which the Plaintiff may sustain, then this obligation to be void; otherwise to remain in full force, power and virtue.

Signed, sealed and dated this <u>**7th**</u> day of <u>**December, 2023**</u>.

THE DRAMATIC PUBLISHING COMPANY

By_____

**Bond No. 1001208816**

U.S. Specialty Insurance Company

By: _____
Richard W. Crawford,    Attorney-in-Fact

## Notary Acknowledgment

Commonwealth of Massachusetts
County of Middlesex

On this **December 7, 2023**, before me, the undersigned notary public, personally appeared Richard W. Crawford, proved to me through satisfactory evidence of identification, which was MA Driver's License, to be the person whose name is signed on the attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

_____
Jeffrey W. Crawford, Notary Public

My commission expires: 11/25/2027

Notary Seal

 **TOKIO MARINE HCC**

# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:   Philip B. Crawford, Richard W. Crawford, James M. Crawford, Jeffrey W. Crawford, or Katie E. Connor

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____ ***** UNLIMITED ***** _____ **Dollars** (***** UNLIMITED *****). This Power of Attorney shall expire without further action on April 23rd, 2026. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 18th day of April 2022.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING OMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

State of California

County of Los Angeles



By: _____
Daniel P. Aguilar, Vice President

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document*

On this 18th day of April 2022, before me, Sonia O. Carrejo, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (seal)

SONIA O. CARREJO
Notary Public - California
Los Angeles County
Commission # 2398710
My Comm. Expires Apr 23, 2026

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California, this 7th day of December, 2023.

Corporate Seals
Bond No.   1001208816

Agency No.   13127 - PDF POA

   

Kio Lo, Assistant Secretary

visit tmhcc.com/surety for more information

# State of New York

## DEPARTMENT OF FINANCIAL SERVICES

### WHEREAS IT APPEARS THAT

#### U.S. Specialty Insurance Company

**Home Office Address**　　　　　　　Houston, Texas

**Organized under the Laws of**　　　　Texas

has complied with the necessary requirements of or pursuant to law, it is hereby

### licensed to do within this State the business of

accident and health, fire, miscellaneous property, water damage, burglary and theft, glass, boiler and machinery, elevator, animal, collision, personal injury liability, property damage liability, workers' compensation and employers' liability, fidelity and surety, credit, motor vehicle and aircraft physical damage, marine and inland marine, marine protection and indemnity , residual value, credit unemployment, gap, prize indemnification and legal services insurance, as specified in paragraph(s) 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 24, 26, 27 and 29 of Section 1113(a) of the New York Insurance Law and also such workers' compensation insurance as may be incident to coverages contemplated under paragraphs 20 and 21 of Section 1113(a), including insurances described in the Longshoremen's and Harbor Workers' Compensation Act (Public Law No. 803, 69 Cong. as amended; 33 USC Section 901 et seq. as amended) to the extent permitted by certified copy of its charter document on file in this Department until July 1, 2024.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, New York, this 1st  day of July, 2023

Adrienne A. Harris
Superintendent

By

Rawle Lewis
Special Deputy Superintendent

Original on Watermarked Paper

# STATE OF NEW YORK
# DEPARTMENT OF FINANCIAL SERVICES

CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

It is hereby certified that

**U.S Specialty Insurance Company**
of Houston, Texas

a corporation organized under the laws of Texas and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $575,599,540. (Capital $4,200,000), as is shown by its sworn financial statement for the quarter ending, December 31, 2022, on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 26th day of April 2023.

Adrienne A. Harris
Superintendent

By

Colleen M. Draper
Special Deputy Superintendent

**U.S. SPECIALTY INSURANCE COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS (1)**
December 31, 2022

### Admitted Assets

| | |
|---|---:|
| Investments: | |
| Fixed Maturities, at amortized cost | 1,725,976,369 |
| Preferred Stocks | 4,521,483 |
| Common stocks | 4,639,064 |
| Mortgage loans on real estate - first liens | 165,515,479 |
| Mortgage loans on real estate - other than first liens | 5,889,234 |
| Cash and cash equivalents | 136,903,352 |
| Receivable for securities | 287,550 |
| *Total cash and Invested assets:* | 2,043,732,531 |
| | |
| Investment income due and accrued | 17,766,112 |
| Premium receivable | 310,508,581 |
| Recoverable from reinsurers | 31,275,606 |
| Net deferred tax asset | 26,900,979 |
| Electronic data processing equipment and software | 13,482 |
| Receivable from parent, subsidiaries and affiliates | 14,919,492 |
| Miscellaneous receivables | 511 |
| | 401,384,763 |
| | |
| *Total admitted assets* | 2,445,117,294 |

(1) - In accordance with the statutory financial statements as filed on March 1, 2023.

### Liabilities and Capital and Surplus

| | |
|---|---:|
| Liabilities: | |
| Unpaid loss and loss adjustment expense | 1,223,547,196 |
| Reinsurance payable on paid losses and loss adjustment expenses | 105,535,474 |
| Commission payable | 5,794,351 |
| Accrued expenses | 9,634,271 |
| Taxes, licenses, and fees | 3,858,788 |
| Current federal and foreign income taxes | 9,271,163 |
| Unearned premiums | 395,416,459 |
| Advance premium | 4,928,102 |
| Dividends declared and unpaid to policyholders | 533,789 |
| Ceded reinsurance balance payable | 79,045,365 |
| Funds held under reinsurance treaties | 6,565,680 |
| Amounts withheld or retained for others | 104,274 |
| Provision for reinsurance | 7,148,000 |
| Payable to parent, subsidiaries and affiliates | 12,447,936 |
| Payable for securities | 5,685,345 |
| Funds held - Unclaimed Property | 1,561 |
| *Total liabilities* | 1,869,517,754 |
| | |
| Capital and Surplus: | |
| Capital Stock | 4,200,000 |
| Additional paid-in and contributed capital | 190,085,811 |
| Unassigned surplus | 381,313,729 |
| | 575,599,540 |
| | |
| *Total liabilities and capital and surplus* | 2,445,117,294 |

I, LaShonda Chermaine Davis, Chief Financial Officer of U.S. Specialty Insurance Company, hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities and Capital and Surplus of the Company as of December 31, 2022, prepared in conformity with accounting practices prescribed or permitted by the Texas Department of Insurance. The foregoing statement should not be taken as a complete statement of financial condition of the Company. Such a statement is available upon written request at the Company's home office located at 13403 Northwest Freeway, Houston, Texas 77040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Houston, Texas.

LaShonda Chermaine Davis
Vice President & Chief Financial Officer