**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3054 direct
whwang@sheppardmullin.com

August 20, 2025

**VIA ECF**
Honorable Denise L. Cote
U.S. District Court - SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Atticus Limited Liability Company et al. v. The Dramatic Publishing Company*, Case No. 1:22-cv-10147-DLC (SDNY)

Dear Judge Cote:

This firm represents Atticus Limited Liability Company ("Atticus") in the above-referenced action. We write to respectfully request a conference to address the remaining issues in this action following the Second Circuit's July 29, 2025 decision resolving the parties' cross-appeals of the Court's prior rulings in this action. Dkt. No. 117.

By its decision, the Second Circuit affirmed this Court's grant of summary judgment to Atticus, but vacated the award of attorneys' fees to Atticus and remanded for further consideration of the appropriate fee award in light of the conclusions set forth in the Second Circuit's opinion. *Id.* at 2, 55-56. In light of this remand, Atticus respectfully requests a conference at the Court's convenience to resolve the remaining issues on Atticus's fee application, including the scope and form of any supplemental submissions the Court may require and a schedule for submitting same.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Wook Hwang*
Wook Hwang

cc:   All counsel of record (via ECF)