

Stefan Mentzer
+1 212 459 7088
SMentzer@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018

goodwinlaw.com
+1 212 813 8800

August 20, 2025

**BY ECF**

Hon. Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Atticus Limited Liability Company v. Dramatic Publishing Company*, 1:22-cv-10147-DLC

Dear Judge Cote:

I write on behalf of defendant Dramatic Publishing Company ("Dramatic") in response to the request by plaintiff Atticus Limited Liability Company for a conference.  Counsel for the parties plan to confer on Monday, August 25, and to submit a status report to the Court after their discussion.

If the Court wishes to proceed with a conference, Dramatic respectfully requests that the conference proceed on dates **other** than the following:

- **September 3-5**.  Lead counsel has an oral argument in the Seventh Circuit scheduled on September 5.

- **September 8-22**.  Lead counsel will be attending meetings in Japan of the International Association for the Protection of Intellectual Property on September 9-21.

We thank the Court for its attention to this matter.



Hon. Denise Cote
August 20, 2025
Page 2

Respectfully,

Stefan Mentzer


cc:     Counsel of record