```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ATTICUS LIMITED LIABILITY COMPANY,      :    22cv10147 (DLC)
                                        :
                         Plaintiff,     :    ORDER
                                        :
     and                                :
                                        :
AARON SORKIN,                           :
                                        :
               Involuntary Plaintiff,   :
                                        :
          -v-                           :
                                        :
THE DRAMATIC PUBLISHING COMPANY,        :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion of October 31, 2023 determined that the plaintiff is entitled to reasonable attorney's fees incurred in this action since April 27, 2023. An Order of November 8, 2023 awarded the plaintiff $201,171.25 in attorney's fees. On July 29, 2025, the Court of Appeals for the Second Circuit vacated that award of attorney's fees and remanded this action for further consideration of the fee application in light of its Opinion. The mandate issued on August 21. The parties have indicated their intent to confer on August 25 and to then submit a status report to the Court. It is hereby

ORDERED that the parties shall contact the chambers of Magistrate Judge Aaron in order to schedule settlement discussions under his supervision to occur in September 2025.

IT IS FURTHER ORDERED that a status letter is due October 3, 2025. It shall include a proposed briefing schedule for any unresolved issue.

Dated:   New York, New York
        August 21, 2025

                                      DENISE COTE
                            United States District Judge