UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff*,<br><br>and<br><br>AARON SORKIN,<br><br>*Involuntary Plaintiff*,<br><br>-against-<br><br>THE DRAMATIC PUBLISHING COMPANY,<br><br>*Defendant.* | Case No.: 1:22-cv-10147-DLC<br><br>Hon. Denise L. Cote<br><br>**STIPULATION REGARDING [PROPOSED] JUDGMENT AS TO FEES** |

**WHEREAS**, on July 29, 2025, the United States Court of Appeals for the Second Circuit vacated and remanded this court's award of attorney's fees;

**WHEREAS**, the parties have conferred on the remaining issues on remand;

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Atticus Limited Liability Company and Defendant The Dramatic Publishing Company, through their undersigned counsel, that this Court should enter the attached [Proposed] Judgment As to Fees submitted with this Stipulation. The parties agree that this [Proposed] Judgment will have no effect on the Amended Judgment entered by the Court on August 28, 2023 (ECF No. 100). By entering into this stipulation, all parties waive any right of appeal.

Dated: New York, New York
       September 10, 2025

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By:   */s/ Wook Hwang*<br>        Wook Hwang<br>        Sheppard, Mullin, Richter & | TOTTISLAW<br><br>By:   */s/ Kevin Tottis*<br>        Kevin Tottis |

24342651

<div style="display: flex;">

Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 653-8700

Jonathan Zavin
3005 Wells Road
Peconic, NY 11958
917-324-1206

*Attorneys for Atticus Limited Liability Company*

FRANKFURT KURNIT KLEIN & SELZ, PC

By:   /s/ Maura J. Wogan
     Maura J. Wogan
     Nicole Bergstrom
     28 Liberty Street, 35th Floor
     New York, New York 10005
     (212) 980-0120

*Attorneys for Aaron Sorkin*

Keith M. Stolte
401 N. Michigan Avenue, Suite 530
Chicago, IL 60611
(312) 527-1400

GOODWIN PROCTER LLP
Stefan Mentzer
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. +1 212 813 8800

*Attorneys for The Dramatic Publishing Company*

</div>

24342651

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff*,<br><br>and<br><br>AARON SORKIN,<br><br>*Involuntary Plaintiff*,<br><br>-against-<br><br>THE DRAMATIC PUBLISHING COMPANY,<br><br>*Defendant.* | Case No.: 1:22-cv-10147-DLC<br><br>Hon. Denise L. Cote<br><br>**[PROPOSED]  JUDGMENT AS TO FEES** |

**WHEREAS**, on July 29, 2025, the United States Court of Appeals for the Second Circuit vacated and remand this court's award of attorney's fees;

**WHEREAS**, the parties have conferred on the remaining issues on remand and have stipulated to entry of judgment in the amount of $165,000.00;

**NOW**, therefore, for the reasons stated in the Prior Rulings, it is hereby **DECLARED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Atticus Limited Liability Company and against The Dramatic Publishing Company in the amount of $165,000.00.  This Judgment as to Fees does not affect the Amended Judgment entered on August 28, 2023, which remains in effect. The parties have stipulated that they waive any right of appeal.

Accordingly, this case is closed.

24342651

Dated: New York, New York

    _____, 2025

 

<div align="right">

_____
DENISE COTE
United States District Judge

</div>