UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATTICUS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff,*<br><br>and<br><br>AARON SORKIN,<br><br>*Involuntary Plaintiff,*<br><br>-against-<br><br>THE DRAMATIC PUBLISHING COMPANY,<br><br>*Defendant.* | Case No.: 1:22-cv-10147-DLC<br><br>Hon. Denise L. Cote<br><br>[PROPOSED] JUDGMENT AS TO FEES |

**WHEREAS**, on July 29, 2025, the United States Court of Appeals for the Second Circuit vacated and remand this court's award of attorney's fees;

**WHEREAS**, the parties have conferred on the remaining issues on remand and have stipulated to entry of judgment in the amount of $165,000.00;

**NOW**, therefore, for the reasons stated in the Prior Rulings, it is hereby **DECLARED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Atticus Limited Liability Company and against The Dramatic Publishing Company in the amount of $165,000.00. This Judgment as to Fees does not affect the Amended Judgment entered on August 28, 2023, which remains in effect. The parties have stipulated that they waive any right of appeal.

Accordingly, this case is closed.

So ordered. *[signature]*
9/10/25

24342651