**MANDATE**

22-cv-10147(DLC)

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of July, two thousand twenty-five.

Before:      Richard C. Wesley,
               Denny Chin,
               Myrna Pérez,
                   *Circuit Judges*.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/10/2025

_____

Atticus Limited Liability Company,

          Plaintiff - Appellee,

v.

The Dramatic Publishing Company,

          Defendant - Appellant.

_____

The Dramatic Publishing Company,

          Defendant - Appellant-Cross-Appellee,

v.

Atticus Limited Liability Company,

          Plaintiff - Appellee-Cross-Appellant.

_____

**JUDGMENT**

Docket No. 23-1226

Docket Nos. 23-7751(L), 23-7850(XAP)

The appeals in the above captioned cases from a judgment and order of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment granting declaratory relief to Atticus Limited Liability Company is AFFIRMED, and the district court's award of attorney's fees is VACATED. The case is REMANDED for the district court to further consider the fee application in light of this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/10/2025**