USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATTICUS LIMITED LIABILITY COMPANY,

*Plaintiff,*

and

AARON SORKIN,

*Involuntary Plaintiff,*

-against-

THE DRAMATIC PUBLISHING COMPANY,

*Defendant.*

Case No.: 1:22-cv-10147-DLC

Hon. Denise L. Cote

**SATISFACTION OF JUDGMENT**

---

**WHEREAS**, a stipulated judgment was entered in the above action on the 11th day of September, 2025 in favor of Atticus Limited Liability Company ("Atticus") and against The Dramatic Publishing Company ("Dramatic") in the amount of $165,000 inclusive of interest, each party to bear its own costs thereon, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       September 16, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Wook Hwang
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
(212) 653-8700

Jonathan Zavin 3005 Wells Road
Peconic, NY 11958
917-324-1206

*Attorneys for Atticus Limited Liability Company*

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF Nassau           )

On the 16th day of September, 2025 before me personally came Wook Hwang to me known and known to be a member of the firm of Sheppard, Mullin, Richter & Hampton LLP, attorneys for Atticus Limited Liability Company in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

ALLISON STANLEY
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01ST0034593
QUALIFIED IN NASSAU COUNTY
MY COMMISSION EXPIRES 03/07/2029

_Allison Stanley_
Notary Public